BERT SWERSKY v. THOMAS DANIEL GALLAGHER AND
PTL. MARK MAXWELL.

July 11, 1985.

Petition for certification denied.

CYNTHIA CURETON v. MANUEL C. GUELHO AND
WINFRIED R. KLUSNER.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM RANDALL.

July 11, 1985.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R.B.

July 11, 1985.

Petition for certification denied.